UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JACQUELINE TANNER, | ) |
| Plaintiff, | ) |
| -vs- | ) No.: 2017-cv-3039 |
| UNIVERSITY OF ILLINOIS, and BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS , | ) |
| Defendant(s). | ) JURY TRIAL DEMANDED |

## MOTION TO STRIKE DOCKET ENTRY No. 8

NOW COMES Plaintiff, Jacqueline Tanner, by and through her attorneys of record, Kathryn E. Eisenhart and S. Mona Ahsan, Motion to Strike docket Entry 8 and states as follows:

1. Plaintiff filed her original Complaint in this cause of action on February 14, 2017.

2. Defendant filed a Motion to Dismiss in this matter on May 24, 2017. The deadline for Plaintiff to respond to Defendant's motion is June 30, 2017.

3. Plaintiff's counsel inadvertently attached another motion for another case to docket entry #8.

5. This does not materially affect the current trial call activity and/or any case management deadlines in this matter.

WHEREFORE, for the above and foregoing reasons, the Plaintiff requests to strike docket entry No. 8.

Respectfully submitted,
By:
/s/Mona Ahsan
S. Mona Ahsan #6236610
Law Office of Mona Ahsan
2901 Wildcat Court
Springfield, Il 62711
410-507-4443
mona@ahsan-law.com

/s/Kathryn E. Eisenhart
Kathryn E. Eisenhart #6183716
Attorney for Plaintiff
Eisenhart Law Office
17 Hawthorne Lane
Springfield, IL 62712
217-679-6410
eisenhartlawoffice@gmail.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JACQUELINE TANNER, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No.: 2017-cv-3039 |
| | ) |
| UNIVERSITY OF ILLINOIS, and | ) |
| BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF ILLINOIS, | ) |
| | ) JURY TRIAL |
| Defendant(s). | ) DEMANDED |

## PROOF OF SERVICE

I hereby certify, on June 28, 2017, the **Motion to Strike Entry No.8** and **Certificate of Service** were electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following CM/ECF participant(s):

Theresa M. Powell
IL ARDC #: 6230402
HEYL, ROYSTER, VOELKER & ALLEN
3731 Wabash Avenue
Springfield, IL 62711-6261
Phone: 217.522.8822, Ext. 2222
Fax: 217.523.3902
Email: tpowell@heylroyster.com

Brian M. Smith
IL ARDC #6293822
HEYL, ROYSTER, VOELKER & ALLEN
301 N. Neil St., Suite 505
P.O. Box 1190
Champaign, IL 61824-1190
217-344-0060 Phone
217-344-9295 Fax
E-mail: bsmith@heylroyster.com

The undersigned attorney hereby certifies that on June 28, 2017, she served copies of the Agreed Motion to Strike Entry No.8 and the Proof of Service upon the following by first-class mail, postage prepaid:

None

Respectfully Submitted,
By: /s/Mona Ahsan
S. Mona Ahsan #6236610
Attorney for Plaintiff
Law Office of Mona Ahsan
2901 Wildcat Court
Springfield, Il 62711
410-507-4443
mona@ahsan-law.com

/s/Kathryn E. Eisenhart
Kathryn E. Eisenhart #6183716
Attorney for Plaintiff
Eisenhart Law Office
17 Hawthorne Lane
Springfield, IL 62712
217-679-6410
eisenhartlawoffice@gmail.com