UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JACQUELINE TANNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No.: 2017-cv-3039 |
| | ) |
| BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS; KAREN MORANSKI, Associate Vice-Chancellor, in her Official and Individual Capacity; JONATHAN GOLDBERGBELLE, Senior Director of International Programs and Internships, in his Official and Individual Capacity; LAURA ALEXANDER, Senior Director of Human Resources in her Official and Individual Capacity; and DONNA MCNEELY, Director of University Ethics and Compliance Office in her Official and Individual Capacity, Defendants., | ) |
| Defendant(s). | ) JURY TRIAL DEMANDED |

**AGREED MOTION FOR EXTENSION OF TIME (Corrected)**

NOW COMES Plaintiff, Jacqueline Tanner, by and through her attorneys of record, S. Mona Ahsan and Kathryn E. Eisenhart, and in support of her motion for extension of time to respond to Defendants' *Motion to Dismiss*, hereby states as follows:

1. Plaintiff filed her Amended Complaint in this cause of action on July 18, 2017.

2. Defendants filed a Motion to Dismiss in this matter on August 23, 2017.

3. Plaintiff was granted an extension of time until September 30, 2017, to respond to Defendant's Motion to Dismiss.

4. Due to circumstances beyond the control of Plaintiff's counsel, a severe supraspinatus tendon tear, she is requesting an additional extension of time until October 21, 2017.

5. Plaintiff's counsel has discussed this matter with Defendants' counsel, Brian M. Smith, and Defendants' Counsel has indicated no objection to the extension.

6. This extension should not materially affect the current trial call activity and/or any case management deadlines in this matter.

WHEREFORE, for the above and foregoing reasons, the Plaintiff respectfully requests an extension until October 21, 2017, to respond to Defendants' Motion to Dismiss.

Respectfully submitted,
By:
/s/Mona Ahsan
S. Mona Ahsan #6236610
Law Office of Mona Ahsan
2901 Wildcat Court
Springfield, Il 62711
410-507-4443
mona@ahsan-law.com

/s/Kathryn E. Eisenhart
Kathryn E. Eisenhart #6183716
Attorney for Plaintiff
Eisenhart Law Office
17 Hawthorne Lane
Springfield, IL 62712
217-679-6410
eisenhartlawoffice@gmail.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| **JACQUELINE TANNER,** | )<br>)<br>)<br>) |
| **Plaintiff,** | )<br>) |
| -vs- | ) No.: 2017-cv-3039<br>) |
| **BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS; KAREN MORANSKI,** Associate Vice-Chancellor, in her Official and Individual Capacity; **JONATHAN GOLDBERGBELLE,** Senior Director of International Programs and Internships, in his Official and Individual Capacity; **LAURA ALEXANDER,** Senior Director of Human Resources in her Official and Individual Capacity; and **DONNA MCNEELY,** Director of University Ethics and Compliance Office in her Official and Individual Capacity, **Defendants.,** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| **Defendant(s).** | ) JURY TRIAL<br>) DEMANDED |

**PROOF OF SERVICE**

I hereby certify, on September 27, 2017, the **Agreed Motion for Extension of Time** and **Certificate of Service** were electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following CM/ECF participant(s):

Theresa M. Powell
IL ARDC #: 6230402
HEYL, ROYSTER, VOELKER & ALLEN
3731 Wabash Avenue
Springfield, IL 62711-6261
Phone: 217.522.8822, Ext. 2222
Fax: 217.523.3902

Email: tpowell@heylroyster.com

Brian M. Smith
IL ARDC #6293822
HEYL, ROYSTER, VOELKER & ALLEN
301 N. Neil St., Suite 505
P.O. Box 1190
Champaign, IL 61824-1190
217-344-0060 Phone
217-344-9295 Fax
E-mail: bsmith@heylroyster.com

The undersigned attorney hereby certifies that on September 27, 2017, she served copies of the Agreed Motion to Extend Deadline and the Proof of Service upon the following by first-class mail, postage prepaid:

None

Respectfully Submitted,
By: /s/Mona Ahsan
S. Mona Ahsan #6236610
Attorney for Plaintiff
Law Office of Mona Ahsan
2901 Wildcat Court
Springfield, Il 62711
410-507-4443
mona@ahsan-law.com

/s/Kathryn E. Eisenhart
Kathryn E. Eisenhart #6183716
Attorney for Plaintiff
Eisenhart Law Office
17 Hawthorne Lane
Springfield, IL 62712
217-679-6410
eisenhartlawoffice@gmail.com