UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| **JACQUELINE TANNER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs ) | No.: 2017-cv-3039 |
| ) | |
| **BOARD OF TRUSTEES OF THE** ) | |
| **UNIVERSITY OF ILLINOIS; KAREN** ) | |
| **MORANSKI,** Associate Vice-Chancellor, in ) | |
| her Official and Individual Capacity; ) | |
| **JONATHAN GOLDBERGBELLE,** Senior ) | |
| Director of International Programs and ) | |
| Internships, in his Official and Individual ) | |
| Capacity; **LAURA ALEXANDER,** Senior ) | |
| Director of Human Resources in her Official ) | |
| and Individual Capacity; and **DONNA** ) | |
| **MCNEELY,** Director of University Ethics and ) | |
| Compliance Office in her Official and ) | |
| Individual Capacity, ) | |
| **Defendants.,** ) | |
| ) | **JURY TRIAL** |
| **Defendant(s).** ) | **DEMANDED** |

## PLAINTIFF'S NOTICE OF NO POTENTIAL CONFLICT OF INTEREST

NOW COMES the PLAINTIFF, JACQUELINE TANNER, by his attorneys of record, S. Mona Ahsan and Kathryn E. Eisenhart for their Notice Regarding No Potential Conflict of Interest and state as follows:

1. On October 10, 2017, a status conference was held where the Court informed counsel that her daughter is currently working as an adjunct instructor for the University of Illinois Springfield and occasionally teaches a course.

2. That she also works for the Innocence Project at the University that is primarily supported by a grant.

3.  Pursuant to Court's Order, the parties have been instructed to advise the Court, in writing, of their position as it relates to this information.

4.  Plaintiff's attorneys discussed this matter with Plaintiff and do not foresee a direct conflict of interest.

Respectfully submitted,
By:
/s/Mona Ahsan
S. Mona Ahsan #6236610
Law Office of Mona Ahsan
2901 Wildcat Court
Springfield, Il 62711
410-507-4443
mona@ahsan-law.com

/s/Kathryn E. Eisenhart
Kathryn E. Eisenhart #6183716
Attorney for Plaintiff
Eisenhart Law Office
17 Hawthorne Lane
Springfield, IL 62712
217-679-6410
eisenhartlawoffice@gmail.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

|  |  |
|---|---|
| **JACQUELINE TANNER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| -vs- | ) No.: 2017-cv-3039 |
| | ) |
| **BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS; KAREN MORANSKI**, Associate Vice-Chancellor, in her Official and Individual Capacity; **JONATHAN GOLDBERGBELLE**, Senior Director of International Programs and Internships, in his Official and Individual Capacity; **LAURA ALEXANDER**, Senior Director of Human Resources in her Official and Individual Capacity; and **DONNA MCNEELY**, Director of University Ethics and Compliance Office in her Official and Individual Capacity, **Defendants.,** | ) |
| **Defendant(s).** | ) JURY TRIAL ) DEMANDED |

### PROOF OF SERVICE

I hereby certify, on October 30, 2017, Notice of Plaintiff's No Potential Conflict were electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following CM/ECF participant(s):

Theresa M. Powell
IL ARDC #: 6230402
HEYL, ROYSTER, VOELKER & ALLEN
3731 Wabash Avenue
Springfield, IL 62711-6261
Phone: 217.522.8822, Ext. 2222
Fax: 217.523.3902

Email: tpowell@heylroyster.com

Brian M. Smith
IL ARDC #6293822
HEYL, ROYSTER, VOELKER & ALLEN
301 N. Neil St., Suite 505
P.O. Box 1190
Champaign, IL 61824-1190
217-344-0060 Phone
217-344-9295 Fax
E-mail: bsmith@heylroyster.com


The undersigned attorney hereby certifies that on October 30, 2017, she served copies of the Notice of No Potential Conflict and the Proof of Service upon the following by first-class mail, postage prepaid:

None

Respectfully Submitted,
By: /s/Mona Ahsan
S. Mona Ahsan #6236610
Attorney for Plaintiff
Law Office of Mona Ahsan
2901 Wildcat Court
Springfield, Il 62711
410-507-4443
mona@ahsan-law.com

/s/Kathryn E. Eisenhart
Kathryn E. Eisenhart #6183716
Attorney for Plaintiff
Eisenhart Law Office
17 Hawthorne Lane
Springfield, IL 62712
217-679-6410
eisenhartlawoffice@gmail.com