E-FILED
Monday, 06 November, 2017  02:46:46 PM
Clerk, U.S. District Court, ILCD

5442-119
BMS/tlp

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JACQUELINE TANNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17-cv-03039-SEM-TSH |
| | ) | |
| BOARD OF TRUSTEES OF THE | ) | |
| UNIVERSITY OF ILLINOIS; KAREN | ) | |
| MORANSKI, Associate Vice-Chancellor, in | ) | |
| her Official and Individual Capacity; | ) | |
| JONATHAN GOLDBERGBELLE, Senior | ) | |
| Director of International Programs and | ) | |
| Internships, in his Official and Individual | ) | |
| Capacity; LAURA ALEXANDER, Senior | ) | |
| Director of Human Resources in her Official | ) | |
| and Individual Capacity; and DONNA | ) | |
| MCNEELY, Director of University Ethics and | ) | |
| Compliance Office in her Official and | ) | |
| Individual Capacity, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## RESPONSE TO PLAINTIFF'S MOTION TO REQUEST LEAVE OF THE COURT TO FILE AN AMENDED COMPLAINT PURSUANT TO FRCP RULE 15

NOW COME the Defendants, BOARD OF TRUSTEES OF UNIVERSITY OF ILLINOIS, KAREN MORANSKI, JONATHAN GOLDBERGBELLE, LAURA ALEXANDER, and DONNA MCNEELY, by THERESA M. POWELL and BRIAN M. SMITH of HEYL, ROYSTER, VOELKER & ALLEN, their attorneys, and for their Response to the Plaintiff's Motion to Request Leave of the Court to File an Amended Complaint Pursuant to FRCP Rule 15, and in support thereof, state as follows:

1.      On October 21 2017, Plaintiff filed a Motion for Leave to File a Second Amended Complaint.

2.      As outlined in Plaintiff's motion, and in her Response in Opposition to Defendants' Motion to Dismiss (d/e #24), Plaintiff has conceded various claims raised in the First Amended Complaint.

3.      Plaintiff's Second Amended Complaint seeks to address those issues, as well as other clarifications. Additionally, Plaintiff seeks to add two new counts, both brought pursuant to Title VI.

4.      Defendants have no objection to Plaintiff filing the Second Amended Complaint. However, many of the issues raised in the Defendants' Motion to Dismiss the First Amended Complaint remain. Accordingly, to the extent that Plaintiff's Motion for Leave to File a Second Amended Complaint is granted, Defendants respectfully request to revive their Motion to Dismiss the First Amended Complaint.

5.      Further, to the extent Plaintiff's Motion for Leave to File a Second Amended Complaint is granted, Defendants respectfully request 21 days thereafter to file a motion or other response as allowed by the federal rules and applicable law to Plaintiff's Second Amended Complaint.

Respectfully Submitted,

BOARD OF TRUSTEES OF UNIVERSITY OF ILLINOIS, KAREN MORANSKI, JONATHAN GOLDBERGBELLE, LAURA ALEXANDER, and DONNA MCNEELY, Defendants

s/ Brian M. Smith
Brian M. Smith, IL ARDC #6293822
HEYL, ROYSTER, VOELKER & ALLEN
301 N. Neil St., Suite 505
P.O. Box 1190
Champaign, IL 61824-1190
Phone: 217-344-0060
Fax:    217-344-9295
E-mail: bsmith@heylroyster.com

and

s/ Theresa M. Powell
Theresa M. Powell, IL ARDC #6230402
HEYL, ROYSTER, VOELKER & ALLEN
3731 Wabash Avenue
Springfield, IL 62711-6261
Phone: 217.522.8822, Ext. 2222
Fax:    217.523.3902
Email: tpowell@heylroyster.com

**PROOF OF SERVICE**

I hereby certify that on November 6, 2017, I electronically filed the foregoing RESPONSE TO PLAINTIFF'S MOTION TO REQUEST LEAVE OF THE COURT TO FILE AN AMENDED COMPLAINT PURSUANT TO FRCP RULE 15, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kathryn E. Eisenhart                                    Attorney for Plaintiff
EISENHART LAW OFFICE
17 Hawthorne Lane
Springfield, IL 62712
Email: eisenhartlawoffice@gmail.com

Shameem Mona Ahsan                                 Attorney for Plaintiff
LAW OFFICE OF MONA AHSAN ESQ
2901 Wildcat Court
Springfield, IL 62711
Email: mona@ahsan-law.com

I also hereby certify that I have mailed on November 6, 2017, by United States Postal Service the foregoing to the following non-CM/ECF participants: None

s/ Brian M. Smith
Heyl, Royster, Voelker & Allen

33332840_1