E-FILED
Thursday, 30 November, 2017  03:43:17 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

|  |  |
|---|---|
| JACQUELINE TANNER, | ) |
|  | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| -vs- | ) No.: 2017-cv-3039 |
|  | ) |
| UNIVERSITY OF ILLINOIS, and | ) |
| BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF ILLINOIS, | ) |
|  | ) JURY TRIAL |
| Defendant(s). | )  DEMANDED |

### AGREED MOTION TO STRIKE DOCKET ENTRIES NUMBER 31-33 AND CORRECT THE TITLE OF THE SECOND AMENDED COMPLAINT

NOW COMES Plaintiff, Jacqueline Tanner, by and through her attorneys of record, S. Mona Ahsan and Kathryn E. Eisenhart and in support of her Agreed Motion to Strike Docket Entries 31-33 and Correct the Title of the Second Amended Complaint and/or Request Leave of the Court to Strike Entries 31-33, to clarify the confusion, and Correct the Title of the Amended Complaint to read "Second Amended Complaint" pursuant to Court Order November 8, 2017, and hereby states as follows:

1. Plaintiff filed her original Complaint in this cause of action on February 14, 2017.

2. Plaintiff filed an Agreed Motion to Amend the Complaint and/or Request Leave of Court to File an Amended Complaint on July 14, 2017. This Court granted leave in a Text Order July 18, 2017; it was filed as the First Amended Complaint. Docket Entry 15.

3. Plaintiff filed her request and Leave of the Court to Amend/Correct her Complaint pursuant to FRCP Rule 15 on October 21, 2017, and attached a Complaint with Exhibits titled "First Amended Complaint." Docket Entries #'s 25 and 26.

3. On November 8, 2017, this Court granted Plaintiff's request to Amend/Correct the Complaint Pursuant to FRCP Rule 15 and to correctly file it as the "Second Amended Complaint."

4. On November 9, 2017, Plaintiff's Counsel filed the "Second Amended Complaint" as Ordered by this Court inadvertently without a signature. Docket Entries #'s 25, 26 and 31.

5. On November 16, 2017, Plaintiff's Counsel refiled the "Second Amended Complaint" with a hand signed signature. Docket Entry # 32.

6. On November 20, 2017, Plaintiff's Counsel refiled the "Second Amended Complaint" with an electronic signature but inadvertently uploaded the older titled complaint initially filed on October 21, 2017, with the title that read "First Amended Complaint." Docket Entry 33.

7. On November 29, 2017, Plaintiff's Counsel discussed this matter with Defendant's Counsel Theresa Powell and agreed to Strike Docket Entries 31-33 in order to correct the aforementioned defects and to clarify the confusion.

8. On November 30, 2017, Plaintiff's Counsel again confirmed this agreement with Defendant's Counsel Theresa Powell.

9. This Agreed Motion to Strike Docket Entries 31-33, and correctly file the "Second Amended Complaint" as ordered by this Court does not materially affect the current trial call activity and/or any case management deadlines in this matter.

17. This Agreed Motion to Strike and the attached Second Amended Complaint and its Exhibits in this matter is in the interest of justice pursuant to the FRCP Rule 15.

WHEREFORE, for the above and foregoing reasons, the Plaintiff requests this Court to grant its Agreed Motion to Strike Docket Entries 31-33 and to correct the Complaint as Ordered by this Court, pursuant to FRCP Rule 15, on November 8, 2017, in the interest of justice.

Respectfully submitted,
By:
/s/Mona Ahsan
S. Mona Ahsan #6236610
Law Office of Mona Ahsan
2901 Wildcat Court
Springfield, Il 62711
410-507-4443
mona@ahsan-law.com

/s/Kathryn E. Eisenhart
Kathryn E. Eisenhart #6183716
Attorney for Plaintiff
Eisenhart Law Office
17 Hawthorne Lane
Springfield, IL 62712
217-679-6410
eisenhartlawoffice@gmail.com

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| **JACQUELINE TANNER,** | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| -vs- | ) **No.: 2017-cv-3039** |
| | ) |
| **UNIVERSITY OF ILLINOIS, and** | ) |
| **BOARD OF TRUSTEES OF THE** | ) |
| **UNIVERSITY OF ILLINOIS,** | ) |
| | ) **JURY TRIAL** |
| **Defendant(s).** | ) **DEMANDED** |

## PROOF OF SERVICE

I hereby certify, on November 30, 2017, the Agreed Motion to Strike Docket Entries 31-33 and the Corrected Second Amended Complaint and Exhibits and **Certificate of Service** were electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following CM/ECF participant(s):

Theresa M. Powell
IL ARDC #: 6230402
HEYL, ROYSTER, VOELKER & ALLEN
3731 Wabash Avenue
Springfield, IL 62711-6261
Phone: 217.522.8822, Ext. 2222
Fax: 217.523.3902
Email: tpowell@heylroyster.com

Brian M. Smith
IL ARDC #6293822
HEYL, ROYSTER, VOELKER & ALLEN
301 N. Neil St., Suite 505
P.O. Box 1190
Champaign, IL 61824-1190
217-344-0060 Phone
217-344-9295 Fax
E-mail: bsmith@heylroyster.com

The undersigned attorney hereby certifies that on November 30, 2017, she served copies of the Agreed Motion to Amend the Complaint and/or to request leave of the Court to Amend the Complaint and the Proof of Service upon the following by first-class mail, postage prepaid:

None

Respectfully Submitted,
By: /s/Mona Ahsan
S. Mona Ahsan #6236610
Attorney for Plaintiff
Law Office of Mona Ahsan
2901 Wildcat Court
Springfield, Il 62711
410-507-4443
mona@ahsan-law.com

/s/Kathryn E. Eisenhart
Kathryn E. Eisenhart #6183716
Attorney for Plaintiff
Eisenhart Law Office
17 Hawthorne Lane
Springfield, IL 62712
217-679-6410
eisenhartlawoffice@gmail.com